# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO THE      :   No. 665
                               :

JUVENILE COURT PROCEDURAL     :   SUPREME COURT RULES DOCKET
                               :

RULES COMMITTEE                        :

# O R D E R

**PER CURIAM:**

AND NOW, this 30th day of March, 2015, The Honorable Thomas P. Rogers, Montgomery County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term expiring February 1, 2018.